IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TONYA ZWEIG and husband<br>WARREN ZWEIG<br><br>    Plaintiffs,<br>v.<br><br>WAL-MART STORES, INC. D/B/A<br>WAL-MART SUPERCENTER,<br><br>    Defendants. | No. 3:10- cv-00535<br>JUDGE NIXON<br>MAGISTRATE JUDGE KNOWLES<br>JURY DEMAND |

**AGREED ORDER AND STIPULATION
SUBSTITUTING WAL-MART STORES EAST, LP, AS THE PROPER DEFENDANT**

As evidenced by the signatures below of the parties' lawyers, it appears to the Court that Wal-Mart Stores East, LP, is the proper defendant in this matter.

It is therefore ORDERED, ADJUDGED, AND DECREED that Wal-Mart Stores East, LP, is hereby substituted for Wal-Mart Stores, Inc. d/b/a Wal-Mart Supercenter as the defendant in this action.

It is further ORDERED that Wal-Mart Stores, Inc. d/b/a Wal-Mart Supercenter is hereby dismissed without prejudice.

Wal-Mart Stores East, LP, is the only remaining defendant.

**IT IS SO ORDERED.**

**ENTER** this the ___ day of June, 2010.

_____
JUDGE